UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

ROSEAN COBLE,

             Defendant.

CASE NO.: 24 Mag. 843 (UA)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is Defendant Rosean Coble's motion to modify his pretrial bail conditions, filed July 10, 2025 (the "Motion"). On or before **July 15, 2025**, the Government shall file a response to the Motion, and the parties shall request that the Clerk of the Court schedule an in-person hearing on the Motion before the Magistrate Judge on duty in Courtroom 5A.

Dated:    New York, New York
            July 11, 2025

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**