UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

ROSEAN COBLE,

              Defendant.

CASE NO.: 24 Mag. 483 (UA)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Government has requested an extension of time to respond to Defendant Rosean Coble's motion to modify his pretrial bail conditions filed on July 10, 2025. The request is GRANTED and the Government's response shall be due on **Friday, July 18, 2025.**

Dated:    New York, New York
           July 14, 2025

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**