UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v-<br><br>ROSEAN COBLE,<br><br>                    Defendant. | CASE NO.: 24 Mag. 483 (UA)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is Defendant Rosean Coble's motion for bail reconsideration, which the Government opposes. In its opposition, the Government notes that the transcript of the first bail hearing before the Honorable Valerie Figueredo on March 27, 2025 has been requested, but not yet received. The Government is directed to provide the Court with a copy of the transcript when it is available, at which time the Court will schedule a bail hearing in this matter.

Dated:     New York, New York
           July 21, 2025

                                        SO ORDERED

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**