UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

ROSEAN COBLE,

               Defendant.

CASE NO.: 24 Mag. 483 (UA)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephonic Bail Hearing is scheduled for **Thursday, July 31, 2025 at 4:00 pm**. The parties are instructed to dial (855) 244-8684; Access Code: 2308 226 4654, at the scheduled time.

Dated:    New York, New York
            July 25, 2025

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**