UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

ROSEAN COBLE,

              Defendant.

CASE NO.: 24 Mag. 483 (UA)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Telephonic Bail Hearing previously scheduled for Thursday, July 31, 2025 at 4:00 pm is now **RESCHEDULED to 10:00 am on the same day**. The parties are instructed to dial (855) 244-8684; Access Code: 2308 226 4654, at the scheduled time.

Dated:    New York, New York
            July 29, 2025

                                        SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**